Ruth C. Pinkel (SBN (164470)
Assistant U.S. Attorney
Public Corruption and Civil Rights Section
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
(213)894-6077

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br>v.<br><br>JAMES R. MCDANIEL,<br><br>                    DEFENDANT | CASE NUMBER<br><br>CR No. **CR 18-00839-GW**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

      Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. James McDaniel</u>, Case No. CR 04-1670-SJO, which:

      __X__    was previously assigned to the Honorable S. James Otero;

      _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

      _____    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

      __X__    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: December 3, 2018

_(signature)_
Ruth C. Pinkel
Assistant United States Attorney