**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:18-cr-00839-GW-1 |
| McDaniel | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Criminal Cases)** |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

12/11/18                                        S. James Otero
_____                _____
Date                                                  S. James Otero
                                                        United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____
_____
_____

_____                _____
Date                                                  United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:04-cr-01670 SJO-1  and the present case:

☐ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☒ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials  SJO  after the case number in place of the initials of the prior judge, so that the case number will read  2:18-cr-00839 SJO . This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (10/16)                **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Criminal Cases)**