# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00839          Recorder: CS 12/18/2018          Date: 12/18/2018

Present: The Honorable Jean P. Rosenbluth, U.S. Magistrate Judge

Court Clerk: Beatriz Martinez                    Assistant U.S. Attorney: Patrick Castaneda

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JAMES R. MCDANIEL CUSTODY-PRESENT | SEEMA AHMAD DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge S. James Otero.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 2/12/2019 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Judge Otero's court clerk will refer counsel to the Court's Standing Order found on the Court's Website under Judge Otero's Procedures and Schedules. The parties are dirercted to review Judge Otero's Standing Order for updates and modifications.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: BM by TRB

cc: Statistics Clerk, PSALA USMLA

CR-85 (09/12)                    CRIMINAL MINUTES - ARRAIGNMENT                    Page 1 of 1

12/19/2018