```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-839-SJO |
| Plaintiff, | JOINT STATEMENT RE: DISCOVERY CONFERENCE |
| v. | |
| JAMES R. MCDANIEL, | |
| Defendant. | |

Pursuant to the Court's Discovery and Trial Order in Criminal Cases, plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ruth C. Pinkel, and defendant JAMES MCDANIEL, by and through his counsel of record, Deputy Federal Public Defender Seema Ahmad, hereby file this joint statement regarding their discovery conference:

1. Assistant United States Attorney Ruth C. Pinkel and defense counsel, Seema Ahmad conferred telephonically regarding discovery matters on January 28, 2019.

    2.    The parties estimate that trial will last approximately 2-3 days.

    3.    There are no contested matters of discovery or inspection at this time.

    4.    There are no contemplated motions at this time. The parties reserve the right to file any motions, as needed, at a later date.

    5.    The government is aware of its continuing discovery obligations, including those within the meaning of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and intends to comply with those obligations.

    6.    The parties anticipate filing a stipulation and proposed order with the Court to continue trial in this matter.

Dated: January 28, 2019    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

    /s/ Ruth C. Pinkel
RUTH C. PINKEL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 28, 2019    /s/ Seema Ahmad [e-mail auth.]
SEEMA AHMAD

Attorney for Defendant
JAMES MCDANIEL