# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   CR 18-00839-SJO                               Date:  February 3, 2020

Present: The Honorable:   S. JAMES OTERO

| V.R. Vallery | Anne Kielwasser | Ruth C. Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| James R. McDaniel | √ | ☐ | Seema Ahmad | ☐ | √ | ☐ | N/A |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT   ☐ Contested   ☐ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  √ Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
  commencing _____
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
  consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  ☐ Perform ___ hours of community service ☐ _____ fine amounts & times determined by P/O.
  ☐ Serve ___ in a CCC/CT ☐ _____ Make $ _____ restitution in amounts & times determined by PO.
Pay ☐ Participate in a program for treatment of narcotic/alcohol addiction.
    ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $ ___ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis ☐ . Processed statement of reasons
☐ Bond Exonerated upon surrender ☐ upon service of _____
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment. ENTERED.
☐ Other _____

cc:                                                                                                  : 13
                                                         **Initials of Deputy Clerk**      VRV

---

CR-90 (05/15)                           Criminal Minutes – General                           Page 1 of 1